**Exhibit A to the Complaint**

**Location:** New York, NY  
**Total Works Infringed:** 51  
**IP Address:** 74.71.28.144  
**ISP:** Spectrum

| Work | Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | F8583702AE872EE053184CA6080068C9F92E88CD | 09/28/2019 23:36:12 | Tushy | 05/31/2019 | 06/17/2019 | PA0002181300 |
| 2 | ABA4D8EAA0CB1F71B8DA4F2D142059EF13E510A2 | 09/04/2019 23:10:16 | Blacked Raw | 09/04/2019 | 09/13/2019 | PA0002200700 |
| 3 | 94A9D2E22A9B4ACF81A5EC69EE4DCA10983CAF23 | 09/04/2019 03:50:50 | Blacked Raw | 08/20/2019 | 09/13/2019 | PA0002200701 |
| 4 | 865C77D4D67B9D73EA0250D193D5DC42C1228603 | 09/03/2019 23:00:28 | Blacked | 08/08/2019 | 09/17/2019 | PA0002216217 |
| 5 | 973A870D555049DC68BB9A3D667902BFC69FBD3D | 09/03/2019 19:03:00 | Blacked Raw | 08/25/2019 | 09/11/2019 | PA0002199991 |
| 6 | F5E2676409EC7D4E812DA440557182332F253860 | 09/03/2019 18:43:19 | Blacked | 09/02/2019 | 09/13/2019 | PA0002200702 |
| 7 | 9536019879F17F3B90AD722E8B0FAEC984EEEF5A | 08/16/2019 13:53:20 | Blacked Raw | 03/03/2019 | 04/17/2019 | PA0002186905 |
| 8 | 2541261990122381387D2C03CDA34FF74B4EDE3E | 08/16/2019 13:53:02 | Blacked Raw | 10/29/2018 | 12/10/2018 | PA0002145837 |
| 9 | 1E30CD089A57F0DDC28EA43870B6C93F25DC8498 | 08/16/2019 13:52:43 | Blacked Raw | 09/14/2018 | 11/01/2018 | PA0002143423 |
| 10 | D2EB460A7C696C3A9D62EDCD797DDDD07094F2D5 | 08/16/2019 13:52:32 | Blacked Raw | 11/13/2017 | 11/30/2017 | PA0002098039 |
| 11 | 0BB45C1043F264656FD238E2E8E117B9E06AD6A0 | 08/16/2019 13:52:27 | Blacked Raw | 07/21/2019 | 08/27/2019 | PA0002213243 |
| 12 | 1ED7894C730F91D284F9451A87ECDC8F5187BF50 | 08/16/2019 13:52:22 | Blacked Raw | 05/12/2018 | 05/24/2018 | PA0002101380 |
| 13 | 739EB8A76A0350F7CA58F6464551E732BCED35C1 | 08/16/2019 13:52:09 | Blacked Raw | 11/03/2017 | 12/04/2017 | PA0002098024 |
| 14 | B1A2DC4765A2B4D99B966CF0D71D5D3E5D20C027 | 08/16/2019 13:51:59 | Blacked Raw | 02/26/2018 | 03/02/2018 | PA0002104869 |
| 15 | 662C42833DF0727F4B96196F88475B615B2F0D2B | 08/16/2019 13:45:10 | Blacked Raw | 07/31/2019 | 08/22/2019 | PA0002195511 |
| 16 | 763A6FC5F201546394575CD7601D8C2D7DBD3AE7 | 08/16/2019 13:38:39 | Blacked Raw | 09/04/2018 | 11/01/2018 | PA0002143430 |
| 17 | F3D34F4C66183E54E474DD8012E2D509EAA8C440 | 08/13/2019 16:28:30 | Blacked Raw | 08/05/2019 | 08/27/2019 | PA0002213302 |

| Work | Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 18 | 5DF8FA648DEEAE1D73E962DB195061E646F82B4E | 08/11/2019 16:38:00 | Tushy | 08/04/2019 | 08/22/2019 | PA0002195508 |
| 19 | 9C80B087C925D30BA01F72FC0EAABD8EAADF588A | 07/31/2019 13:58:02 | Blacked | 08/18/2017 | 10/10/2017 | PA0002086146 |
| 20 | F20B19B7F5712F23C40B88EE520E8BD18E90217B | 07/23/2019 19:46:36 | Vixen | 08/27/2018 | 10/16/2018 | PA0002127789 |
| 21 | B2FD66E2AC3041F5BC1B47E10AB19BFE17034FE9 | 07/23/2019 19:19:04 | Blacked Raw | 04/12/2018 | 06/18/2018 | PA0002126637 |
| 22 | B12B67AFC920BEBDB95BAF1C8800D289749BC677 | 07/19/2019 19:43:25 | Blacked | 10/17/2017 | 11/27/2017 | PA0002097981 |
| 23 | A72BE735D576B5D1698069C9E914BDF92FBB83F8 | 07/09/2019 21:25:41 | Blacked Raw | 06/16/2019 | 07/17/2019 | PA0002188314 |
| 24 | 022342FC7077A111F1422A99C31FD89D147FE619 | 07/09/2019 20:08:05 | Blacked | 06/24/2019 | 07/17/2019 | PA0002188313 |
| 25 | 5F75B9CECC4F3FEEA7CE46BEDA2B70A0BA267B19 | 07/09/2019 19:30:05 | Blacked Raw | 06/21/2019 | 08/27/2019 | PA0002213241 |
| 26 | C9B0FE824EC74B4492017E5AA090C08B4314BF82 | 07/07/2019 01:30:08 | Vixen | 01/19/2019 | 02/22/2019 | PA0002155139 |
| 27 | 22FBA2D37F3FF8668834C09E9AD0CBE9434BBFBD | 07/07/2019 00:45:48 | Vixen | 07/03/2019 | 08/02/2019 | PA0002192292 |
| 28 | C43143740AC2FDF8A9A8CB08ED45FB335BA1C09C | 06/25/2019 15:49:01 | Blacked | 03/16/2019 | 04/17/2019 | PA0002186980 |
| 29 | D4C4F2E93F58EE586FCFBA4A3034783CB97E59AE | 06/02/2019 21:54:24 | Blacked Raw | 02/21/2019 | 04/29/2019 | PA0002170356 |
| 30 | 557EA178DB3C9DB0F265AFD02143FFFD5B338FE1 | 06/02/2019 21:29:36 | Blacked Raw | 04/02/2019 | 05/28/2019 | PA0002200780 |
| 31 | CE74EDC69A9EE02D7EAEF30B9F3DC7A0FA93CA19 | 06/02/2019 21:29:06 | Blacked Raw | 03/18/2019 | 04/08/2019 | PA0002164883 |
| 32 | A90A83B444B4CCE14D07FBDCB7364C00F265F746 | 06/02/2019 21:28:50 | Blacked Raw | 02/01/2018 | 02/20/2018 | PA0002104206 |
| 33 | B189F7154051D8613DD8D381642B96A7F2B3D6EE | 06/02/2019 21:19:56 | Blacked Raw | 03/23/2019 | 04/08/2019 | PA0002164877 |
| 34 | A8A900F68D1470DE418DD2185447666C868F45CD | 06/01/2019 22:37:35 | Blacked Raw | 06/01/2019 | 07/17/2019 | PA0002188304 |
| 35 | 285F73F389B0D9563403C1EB4FDD6746C20DC9D4 | 05/23/2019 17:32:42 | Blacked Raw | 05/22/2019 | 07/17/2019 | PA0002188299 |
| 36 | 18919F2EEE3C81772BFAC43BB2D4F5C2EA3344E7 | 05/02/2019 20:00:48 | Blacked | 04/30/2019 | 06/03/2019 | PA0002178774 |

| Work | Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 37 | AB0416D3D467A65588B4A56A193171F584F1CFB1 | 02/01/2019 17:12:24 | Blacked | 06/14/2018 | 07/14/2018 | PA0002130452 |
| 38 | 1F3C71A8C75CE5A96C4CDFC55B75C9DBFE80BA96 | 01/17/2019 21:48:00 | Vixen | 10/26/2018 | 12/10/2018 | PA0002145824 |
| 39 | A7671D9A943B4580C4CA097645722A9860A70621 | 01/17/2019 21:32:58 | Vixen | 12/30/2018 | 01/22/2019 | PA0002147900 |
| 40 | 785A6EA8AC73F22172110D99507392A6C6916D7B | 01/17/2019 21:14:24 | Vixen | 10/01/2018 | 11/01/2018 | PA0002143421 |
| 41 | 806CB1ED4B98B16AC9E415944EBD12A7F48C37FE | 01/17/2019 21:13:40 | Vixen | 10/16/2018 | 10/28/2018 | PA0002130458 |
| 42 | 640207E1851B653E8D06F628D896224D1C1D403F | 01/17/2019 21:05:27 | Vixen | 12/10/2018 | 01/22/2019 | PA0002149491 |
| 43 | A9ED70EE5C0527DDC912EFFBCA1E09E8771F8A99 | 01/17/2019 21:03:39 | Vixen | 10/11/2018 | 10/28/2018 | PA0002130457 |
| 44 | B3268BDB0F2574AB19DB6DB3FBF567F949791EC9 | 01/17/2019 20:54:53 | Vixen | 11/20/2018 | 12/18/2018 | PA0002141925 |
| 45 | 866ED08FAA30A005479E7691EE82140D1B4C8592 | 01/17/2019 20:51:21 | Vixen | 12/05/2018 | 12/18/2018 | PA0002141920 |
| 46 | B038E50CE96EA99AC02E1BCF051643E7314A3667 | 01/17/2019 20:42:16 | Blacked | 09/12/2018 | 11/01/2018 | PA0002143426 |
| 47 | 9796CE97D9F29A0EA166C36B58F2F5DA47B36C08 | 01/16/2019 20:17:35 | Blacked Raw | 01/07/2019 | 02/02/2019 | PA0002155390 |
| 48 | A25F0F8A58F9E53C1BF9249E70F2C692B76AE904 | 01/16/2019 20:13:03 | Blacked Raw | 01/12/2019 | 02/02/2019 | PA0002155388 |
| 49 | 9CF787EED06B89DD95D45F407DEB97558309C434 | 01/16/2019 20:07:39 | Blacked | 01/05/2019 | 01/22/2019 | PA0002147685 |
| 50 | AA9D6ED52E9FECEA19124A8F7FE433617F801994 | 01/16/2019 20:05:01 | Blacked | 01/10/2019 | 02/02/2019 | PA0002155382 |
| 51 | 2FEF8C6862CCC28341F10FF8FB905E9CB161F500 | 11/26/2018 18:55:23 | Blacked Raw | 11/08/2018 | 12/10/2018 | PA0002145833 |